```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

                                        12/20/2023

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY: ___JB___  DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00644-WLH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 844(e): Making a Threat, and Conveying False Information, Through Interstate Commerce to Kill Another Person and to Damage and Destroy Buildings by Fire and Explosives] |
| DANIEL ISAAC GONZALEZ, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(e)]

On or about July 13, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant DANIEL ISAAC GONZALEZ, through the use of an instrument of interstate commerce, and in and affecting interstate or foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate C.R., and unlawfully damage and destroy a building and other real and personal property, by means of an explosive.  Specifically, defendant GONZALEZ sent a

text message to a security guard at the Cathay Bank in El, Monte, California that stated: "I put a bomb where u work motherfucker I know where u work bank."

COUNT TWO

[18 U.S.C. § 844(e)]

On or about July 26, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant DANIEL ISAAC GONZALEZ, through the use of an instrument of interstate commerce, and in and affecting interstate or foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate C.R., and unlawfully damage and destroy a building and other real and personal property,

//

//

1  by means of an explosive.  Specifically, defendant GONZALEZ sent a
2  text message to himself, which he then showed to a security guard at
3  the Cathay Bank in El, Monte, California, which stated: "This Michael
4  you did me dirty. I put a bomb by your job guy fuck you and see you
5  in hell bitch. -anonymous 909"

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

DANIEL H. WEINER
Assistant United States Attorney
General Crimes Section